Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer;<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY, a foreign insurer; OHIO SECURITY INSURANCE COMPANY, a foreign insurer; and COUNTRY FINANCIAL, a foreign insurer; ABC BUSINESS ENTITIES I-V, jointly and severally;<br><br>Defendants. | No. 3:24-cv-5578<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT OHIO SECURITY INSURANCE COMPANY** |

Plaintiff American Hallmark Insurance Company of Texas ("Hallmark") and Defendant Ohio Security Insurance Company ("Ohio Security") hereby submit the following Stipulation and Proposed Order of Dismissal of Ohio Security.

## I.  STIPULATION

Hallmark and Ohio Security hereby agree and stipulate that Ohio Security should be dismissed as a party defendant from Hallmark's Complaint, without prejudice, and without fees or costs to either party.

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL OF DEFENDANT
OHIO SECURITY INSURANCE COMPANY – 1
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444/F: (206) 467-5544

Dated this 21st day of January 2025.

| SOHA & LANG, P.S. | LETHER LAW GROUP |
|---|---|
| */s/ Ben Helford* | */s/ Kevin J. Kay* |
| Benjamin K. Helford, WSBA #46960 | Kevin J. Kay, WSBA #34546 |
| Paul Rosner, WSBA #37149 | */s/ Jake Henke* |
| helford@sohalang.com | Jake Henke, WSBA #60346 |
| rosner@sohalang.com | 1848 Westlake Ave N., Suite 100 |
| 1325 Fourth Avenue, Suite 940 | Seattle, WA 98109 |
| Seattle, WA 98101-2509 | P: 206-467-5444 F: 206-467-5544 |
| P: 206-624-1800 F: 206-624-3585 | kkay@letherlaw.com |
| | jhenke@letherlaw.com |
| *Attorneys for Ohio Security Insurance Company* | *Counsel for American Hallmark Insurance Company of Texas* |

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL OF DEFENDANT
OHIO SECURITY INSURANCE COMPANY – 2
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444/F: (206) 467-5544

## II. ORDER

Based on the foregoing stipulation of Plaintiff American Hallmark Insurance Company of Texas and Defendant Ohio Security Insurance Company, it is hereby ORDERED that Defendant Ohio Security is dismissed from this action, without prejudice, and without fees or costs to either party.

DATED this 24th day of January 2025 in Seattle, Washington.

Barbara Jacobs Rothstein
U.S. District Court Judge

**Presented By:**

| | |
|---|---|
| SOHA & LANG, P.S. | LETHER LAW GROUP |
| */s/ Ben Helford* | */s/ Kevin J. Kay* |
| Benjamin K. Helford, WSBA #46960 | Kevin J. Kay, WSBA #34546 |
| Paul Rosner, WSBA #37149 | */s/ Jake Henke* |
| helford@sohalang.com | Jake Henke, WSBA #60346 |
| rosner@sohalang.com | 1848 Westlake Ave N., Suite 100 |
| 1325 Fourth Avenue, Suite 940 | Seattle, WA 98109 |
| Seattle, WA 98101-2509 | P: 206-467-5444 F: 206-467-5544 |
| P: 206-624-1800 F: 206-624-3585 | kkay@letherlaw.com |
| *Attorneys for Ohio Security* | jhenke@letherlaw.com |
| *Insurance Company* | *Counsel for American Hallmark Insurance Company of Texas* |

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL OF DEFENDANT
OHIO SECURITY INSURANCE COMPANY – 3
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444/F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Benjamin K. Helford, WSBA # 46960
Paul M. Rosner, WSBA # 37146
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
T: 206-624-1800 / F: 206-624-3585
helford@sohalang.com
rosner@sohalang.com
*Counsel for Ohio Security Insurance Company*

Pamela J. DeVet
Daniel J. Park
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
T: 206.292.8930
pamela.devet@bullivant.com
daniel.park@bullivant.com
*Counsel for Massachusetts Bay Insurance Company*

**By:**        [ ] First Class Mail        [X] E-Service/Email        [ ] Legal Messenger

DATED this 21st day of January 2025 at Seattle, Washington.

/s/ Brittany Lang
Brittany Lang | Paralegal

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL OF DEFENDANT
OHIO SECURITY INSURANCE COMPANY – 4
Case No.  3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444/F: (206) 467-5544