Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer;<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY, a foreign insurer; OHIO SECURITY INSURANCE COMPANY, a foreign insurer; and COUNTRY FINANCIAL, a foreign insurer; ABC BUSINESS ENTITIES I-V, jointly and severally;<br><br>Defendants. | No. 3:24-cv-5578<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### I.   STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff American Hallmark Insurance Company of Texas (Hallmark) and Defendant Massachusetts Bay Insurance Company (Massachusetts Bay), by and through their attorneys of record, agree and stipulate to the dismissal of this case with prejudice and without fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 1st day of April, 2025.

STIPULATION AND ORDER OF DISMISSAL – 1
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC | LETHER LAW GROUP |
| */s/ Pamela J. DeVet*<br>*/s/ Daniel J. Park*<br>Pamela J. DeVet, WSBA #32882<br>Daniel J. Park, WSBA #43748<br>925 Fourth Avenue, Suite 3800<br>Seattle, WA 98104<br>T: 206.292.8930<br>pamela.devet@bullivant.com<br>daniel.park@bullivant.com<br>*Counsel for Massachusetts Bay Insurance Company* | */s/ Kevin J. Kay*<br>Kevin J. Kay, WSBA #34546<br>*/s/ Jake Henke*<br>Jake Henke, WSBA #60346<br>1848 Westlake Ave N., Suite 100<br>Seattle, WA 98109<br>P: 206-467-5444 / F: 206-467-5544<br>kkay@letherlaw.com<br>jhenke@letherlaw.com<br>*Counsel for American Hallmark Insurance Company of Texas* |

STIPULATION AND ORDER OF DISMISSAL – 2
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

Pursuant to the foregoing stipulation of Hallmark and Massachusetts Bay, it is hereby ORDERED that this action is hereby dismissed with prejudice, and this dismissal is effectuated without an award of fees or costs to any party.

DATED this 1st day of April 2025.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL – 3
Case No. 3:24-cv-5578

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544